FILED'08 APR 16 09:54USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| DANIEL GEORGESON, | Civil No. 3:07-CV-496-BR |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER TO REMAND _and Judgment_ |
| MICHAEL J. ASTRUE Commissioner of Social Security, | |
| Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will further develop the record of Plaintiff's impairments, including his mental impairments. A new administrative law judge (ALJ) will:

- hold a de novo hearing;
- evaluate Plaintiff's credibility and the medical evidence; and

- evaluate steps two through five of the sequential evaluation process, using the special technique of 20 C.F.R. §§ 404.1520a, 416.920a, to evaluate Plaintiff's mental impairment.

DATED this 15th day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David M. Blume
DAVID M. BLUME
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
(206) 615-2212
of Attorneys for Defendant