FILED'08 MAY 02 15:49 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

DANIEL GEORGESON,                )
                                 )
        Plaintiff,                ) CV 07-496-BR
                                 )
vs.                              ) ORDER AWARDING FEES
                                 ) PURSUANT TO THE EQUAL ACCESS
MICHAEL J. ASTRUE,               ) TO JUSTICE ACT
Commissioner of Social           )
Security Administration,         )
                                 )
        Defendant.                )

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $7,100.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fees are payable to attorney Rory Linerud and are to be sent directly to Rory J. Linerud. There are no costs or expenses to be paid.

IT IS SO ORDERED.

DATED this 2nd day of May, 2008

_____
ANNA J. BROWN
United States District Court Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1